**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | _____ | **Category No.**   I | **Investigating Agency**   HSI |

**City**   Lynn

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See attached
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number   See attached    ☑ Yes ☐ No

Defendant Name   ENMANUEL PAULA CABRAL      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:   MANNY, NELFEW, FEW, GORDO

Address: _____

Birth date (Yr only): 1991    SSN (last 4#): 7159    Sex: M    Race Hisp    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:   Philip A. Mallard      Bar Number if applicable: 679138

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**   Street

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 2/13/2025      Signature of AUSA: *Philip Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ENMANUEL PAULA-CABRAL

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| Place of Offense: _____ | Category No. _I_____ | Investigating Agency _HSI_____ |

City _Lynn_____

County _Essex_____

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _See attached____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _See attached____   ☑ Yes  ☐ No

**Defendant Information:**

Defendant Name _ERY JORDANI ROSARIO_____     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _JORDANI, RACACHA_____

Address: _____

Birth date (Yr only): _1992__ SSN (last 4#): _8711_ Sex: _M__ Race _Black____ Nationality: _____

**Defense Counsel if known:** _____     Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: _Philip A. Mallard_____     Bar Number if applicable: _679138____

Interpreter: ☑ Yes ☐ No     List language and/or dialect: _____

Victims: ☑ Yes ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

Location Status: _Street_____

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony _1____

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _2/13/2025_     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ERY JORDANI ROSARIO

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I__    Investigating Agency __HSI__

City __Lynn__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See attached__
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__    ☑ Yes ☐ No

Defendant Name __ANGEL SANTOS__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: __BIGGIE__

Address: __380 Essex Street, Apt 1, Lynn, MA__

Birth date (Yr only): __2000__    SSN (last 4#): __6508__    Sex: __M__    Race __Black__    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__    Bar Number if applicable: __679138__

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** __Street__

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__    Signature of AUSA: *Philip Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ANGEL SANTOS

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I    **Investigating Agency** HSI

**City** Lynn

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number    See attached
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number    See attached    ☑ Yes    ☐ No

**Defendant Name** AARON DIAZ LIRANZO    Juvenile: ☐ Yes    ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes    ☑ No

**Alias Name:** SOSA

**Address:** 155 CRESCENT AVENUE, APT 2, LYNN, MA

**Birth date (Yr only):** 1998    **SSN (last 4#):** 4611    **Sex:** M    **Race** Black    **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Philip A. Mallard    **Bar Number if applicable:** 679138

**Interpreter:** ☐ Yes    ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes    ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes    ☐ No

**Matter to be SEALED:** ☑ Yes    ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** Street

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 2/13/2025    Signature of AUSA: *Philip Mallard*

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    AARON DIAZ LIRANZO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. ___I___    Investigating Agency ___HSI___

City ___Lynn___

County ___Essex___

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number ___See attached___

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ___See attached___    ☑ Yes  ☐ No

Defendant Name ___JUSTIN ALBA___    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: ___TUTO, MIMI___

Address: ___38 Sutton Street, Peabody, MA___

Birth date (Yr only): ___1999___    SSN (last 4#): ___4136___    Sex: ___M___    Race ___Black___    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: ___Philip A. Mallard___    Bar Number if applicable: ___679138___

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** ___Essex HOC___

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☑ Already in State Custody at ___Essex HOC___    ☐ Serving Sentence    ☑ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony ___1___

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: ___2/13/2025___    Signature of AUSA: *Philip Mallard*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    JUSTIN ALBA
_____

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** _____ | **Category No.** __I__ | **Investigating Agency** __HSI__ |

**City** __Lynn__

**County** __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See attached__
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__    ☑ Yes  ☐ No

Defendant Name __DARWIN BATISTA__                              Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: __PY__

Address: __53 SMITH STREET APT 1, LYNN, MA__

Birth date (Yr only): __2004__  SSN (last 4#): __4496__  Sex: __M__  Race __Hisp__  Nationality: _____

**Defense Counsel if known:** _____  Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__                  Bar Number if applicable: __679138__

**Interpreter:**  ☑ Yes  ☐ No           List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No      If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:** __Essex HOC__

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at __Essex HOC__    ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__        Signature of AUSA:  *Philip Mallard*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    DARWIN BATISTA _____

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __I__   Investigating Agency __HSI__

City __Lynn__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____

Same Defendant _____   New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number __See attached__

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__   ☑ Yes  ☐ No

Defendant Name __KELVIN LIRANZO ROMAN__   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: __WOOPTY__

Address: __2 Collins St, Apt 1, Lynn, MA__

Birth date (Yr only): __1999__   SSN (last 4#): __8293__   Sex: __M__   Race __Hisp__   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__   Bar Number if applicable: __679138__

Interpreter: ☐ Yes  ☑ No   List language and/or dialect: _____

Victims: ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

Matter to be SEALED: ☑ Yes  ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

Location Status: __Street__

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__   Signature of AUSA: *Philip Mallard*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    KELVIN LIRANZO ROMAN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                                     **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** _____ | **Category No.** __I__ | **Investigating Agency** __HSI__ |

**City** __Lynn__

**County** __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number __See attached__

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__     ☑ Yes  ☐ No

Defendant Name __MICHAEL MILIANO__     Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: __TRUCHO__

Address: __21A Salem Street, Salem, MA__

Birth date (Yr only): __2002__   SSN (last 4#): __5686__   Sex: __M__   Race __Hisp__   Nationality: _____

**Defense Counsel if known:** _____     Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__     Bar Number if applicable: __679138__

**Interpreter:** ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** __Street__

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__     Signature of AUSA: *Philip Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    MICHAEL MILIANO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __I__   Investigating Agency  __HSI__

City  __Lynn__

County  __Essex__

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  __See attached__
R 20/R 40 from District of _____

**Defendant Information:**    Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__    ☑ Yes   ☐ No

Defendant Name  __WESTYN LANTIGUA__    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name:  __WES, MUDDY__

Address:  __653 Western Avenue, Apt 1, Lynn, MA__

Birth date (Yr only): __2001__  SSN (last 4#): __5099__  Sex: __M__  Race __Hisp__  Nationality: _____

**Defense Counsel if known:** _____  Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:  __Philip A. Mallard__    Bar Number if applicable: __679138__

Interpreter:  ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

Location Status:  __Street__

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__    Signature of AUSA:  *Philip Mallard*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    WESTYN LANTIGUA

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I__    Investigating Agency __HSI__

City __Lynn__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number __See attached__

R 20/R 40 from District of _____

**Defendant Information:**    Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__    Yes ☑    No ☐

Defendant Name __LUIS ENRIQUE SANTANA__    Juvenile: Yes ☐  No ☑

Is this person an attorney and/or a member of any state/federal bar: Yes ☐  No ☑

Alias Name: __CHIQUITO, YOUNG LS__

Address: __86 Walnut Street, Apt 1, Manchester, NH__

Birth date (Yr only): __1994__    SSN (last 4#): __7853__    Sex: __M__    Race __Hisp__    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__    Bar Number if applicable: __679138__

Interpreter:    Yes ☐    No ☑    List language and/or dialect: _____

Victims:    Yes ☑    No ☐    If yes, are there multiple crime victims under 18 USC§3771(d)(2)    Yes ☑    No ☐

Matter to be SEALED:    Yes ☑    No ☐

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

Location Status: __Street__

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__    Signature of AUSA: *Philip Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS ENRIQUE SANTANA

<b>U.S.C. Citations</b>

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| | |
|---|---|
| Place of Offense: _____ | Category No. I    Investigating Agency  HSI |

City   Lynn

County   Essex

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See attached
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See attached    ☑ Yes  ☐ No

Defendant Name   LUIS JEFFREY SANTANA-SANCHEZ    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name:   SOPITA

Address:   86 Walnut Street, Apt 1, Manchester, NH

Birth date (Yr only): 1998    SSN (last 4#): 8863    Sex: M    Race Hisp    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:   Philip A. Mallard    Bar Number if applicable: 679138

Interpreter:  ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

Location Status:   Street

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 2/13/2025    Signature of AUSA:  *Philip Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS JEFFREY SANTANA-SANCHEZ

**U.S.C. Citations**

|  | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_    Investigating Agency _HSI_

City _Lynn_

County _Essex_

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _See attached_
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _See attached_    ☑ Yes  ☐ No

Defendant Name _ISRAEL GARCIA VASQUEZ_    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _MENOL, MENOR_

Address: _____

Birth date (Yr only): _2001_    SSN (last 4#): _6494_    Sex: _M_    Race _Hisp_    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: _Philip A. Mallard_    Bar Number if applicable: _679138_

Interpreter: ☐ Yes  ☑ No    List language and/or dialect: _____

Victims: ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes  ☐ No

Matter to be SEALED: ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

Location Status: _Custody_

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at _Essex HOC_    ☑ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ___    ☐ Misdemeanor ___    ☑ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _2/13/2025_    Signature of AUSA: _Philip Mallard_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ISRAEL GARCIA VASQUEZ

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1  18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| Place of Offense: _____ | Category No. __I__ | Investigating Agency __HSI__ |

City __Lynn__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____

Same Defendant _____  New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number __See attached__

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number __See attached__     ☑ Yes ☐ No

Defendant Name __JAMES JIMENEZ__                    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): __1999__  SSN (last 4#): __9076__  Sex: __M__  Race __Hisp__  Nationality: _____

**Defense Counsel if known:** _____  Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: __Philip A. Mallard__                    Bar Number if applicable: __679138__

Interpreter: ☐ Yes ☑ No         List language and/or dialect: _____

Victims: ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

Location Status: __Street__

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __2/13/2025__        Signature of AUSA: *Philip Mallard*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JAMES JIMENEZ

<strong>U.S.C. Citations</strong>

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| Place of Offense: | _____ | Category No. | I |  Investigating Agency | HSI |

City  Lynn

County  Essex

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number  See attached

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  See attached   ☑ Yes  ☐ No

Defendant Name  JANOY BATISTA                              Juvenile:  ☐ Yes  ☑ No

Alias Name:  EL VIEJO

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Address:  Apartment 1, 380 Essex Street, Lynn, MA

Birth date (Yr only): 1980   SSN (last 4#): 0275   Sex: M   Race  Hisp   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:  Philip A. Mallard                    Bar Number if applicable:  679138

Interpreter:  ☑ Yes  ☐ No          List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

Location Status:  Street

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 2/13/2025          Signature of AUSA:  *Philip Mallard*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JANOY BATISTA

**U.S.C. Citations**

|  | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1962(d) | Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant Case Number Attachment

24-MJ-6314-MPK
24-MJ-6315-MPK
24-MJ-6316-MPK
24-MJ-6317-MPK
24-MJ-6318-MPK
24-MJ-6319-MPK
24-MJ-6320-MPK
24-MJ-6321-MPK
24-MJ-6322-MPK
24-MJ-6323-MPK
24-MJ-6324-MPK
24-MJ-6325-MPK
24-MJ-6340-MPK
24-MJ-6359-MPK
24-MJ-6360-MPK
24-MJ-6368-MPK
24-MJ-6369-MPK
24-MJ-6370-MPK
24-MJ-6371-MPK
24-MJ-6392-MPK
24-MJ-6393-MPK
24-MJ-6443-MPK
24-MJ-6444-MPK
24-MJ-6445-MPK
24-MJ-6446-MPK
24-MJ-6447-MPK
24-MJ-6496-MPK
24-MJ-6497-MPK
24-MJ-6498-MPK
24-MJ-6519-MPK
24-MJ-6520-MPK
24-MJ-6521-MPK
24-MJ-6522-MPK
24-MJ-6523-MPK
24-MJ-6524-MPK
24-MJ-6525-MPK
24-MJ-6526-MPK
24-MJ-6527-MPK
24-MJ-6528-MPK
24-MJ-6529-MPK
24-MJ-6530-MPK
24-MJ-6531-MPK
24-MJ-6532-MPK
24-MJ-6537-MPK
24-MJ-6613-MPK
24-MJ-6614-MPK
24-MJ-6615-MPK
24-MJ-6620-MPK
24-MJ-6734 to 24-MJ-6764-MPK

24-MJ-6872-MPK
24-MJ-6873-MPK
24-MJ-6941-MPK
24-MJ-6942-MPK
24-MJ-6981-MPK
24-MJ-6982-MPK
24-MJ-6983-MPK
24-MJ-6984 to 24-MJ-6099-MPK
24-MJ-9000 to 24-MJ-9032-MPK
25-MJ-6000-MPK
25-MJ-6054, 6055-MPK

Related Case Attachment (Local Rule 40.1(h))

24-CR-10263-NMG
24-CR-10335-NMG
24-CR-10336-NMG
24-CR-10373-NMG
24-CR-10380-NMG
25-CR-10006-NMG
25-CR-10007-NMG