AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ENMANUEL PAULA-CABRAL, A/KA/ "MANNY",<br>A/K/A/ "NELFEW", A/K/A "FEW", A/K/A "GORDO"<br><br>*Defendant* | )<br>)  Case No.  25cr10058<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  ENMANUEL PAULA-CABRAL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date: 02/13/2025

/s/Paul G. Levenson
*Issuing officer's signature*

City and state: Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ERY JORDANI ROSARIO, A/K/A "JORDANI", A/K/A "RACACHA" | ) | Case No. 25cr10058 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ERY JORDANI ROSARIO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date: 02/13/2025

/s/Paul G. Levenson
*Issuing officer's signature*

City and state: Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| ANGEL SANTOS, A/K/A "BIGGIE" | ) Case No.   25cr10058 |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANGEL SANTOS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:   02/13/2025

/s/Paul G. Levenson
*Issuing officer's signature*

City and state:   Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| AARON DIAZ LIRANZO, A/K/A "SOSA" | ) | Case No.  25cr10058 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   AARON DIAZ LIRANZO                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment     ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:   02/13/2025                                                                /s/Paul G. Levenson
                                                                                                   *Issuing officer's signature*

City and state:   Boston, MA                                          Hon. Paul G. Levenson, U.S. Magistrate Judge
                                                                                                   *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                                        _____
                                                                                                   *Arresting officer's signature*

                                                                                                   _____
                                                                                                   *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>JUSTIN ALBA, A/K/A "TUTO", A/K/A "MIMI"<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   25cr10058 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JUSTIN ALBA                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:    02/13/2025                              /s/Paul G. Levenson
                                                   *Issuing officer's signature*

City and state:   Boston, MA              Hon. Paul G. Levenson, U.S. Magistrate Judge
                                                   *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                              _____
                                                   *Arresting officer's signature*

                                                   _____
                                                   *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| DARWIN BATISTA, A/K/A "PY" | ) Case No. 25cr10058 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DARWIN BATISTA ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date: 02/13/2025

/s/Paul G. Levenson
*Issuing officer's signature*

City and state: Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| KELVIN LIRANZO ROMAN, A/K/A "WOOPTY" | ) Case No.  25cr10058 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KELVIN LIRANZO ROMAN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:  02/13/2025

/s/Paul G. Levenson
*Issuing officer's signature*

City and state:   Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL MILIANO, A/K/A "TRUCHO"<br><br>*Defendant* | )<br>)<br>)   Case No.   25cr10058<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MICHAEL MILIANO                                                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:   02/13/2025                                                                              /s/Paul G. Levenson
                                                                                                                                *Issuing officer's signature*

City and state:   Boston, MA                                                        Hon. Paul G. Levenson, U.S. Magistrate Judge
                                                                                                                                *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                                                   _____
                                                                                                                *Arresting officer's signature*

                                                                                                                _____
                                                                                                                *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| WESTYN LANTIGUA, A/K/A "WES", A/K/A "MUDDY" | )  Case No.  25cr10058 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  WESTYN LANTIGUA,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date: 02/13/2025

/s/ Paul G. Levenson
*Issuing officer's signature*

City and state: Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>LUIS ENRIQUE SANTANA, A/K/A "CHIQUITO",<br>A/K/A "YOUNG LS"<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  25cr10058 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  LUIS ENRIQUE SANTANA,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date: 02/13/2025

/s/Paul G. Levenson
*Issuing officer's signature*

City and state: Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| LUIS JEFFREY SANTANA, A/K/A "SOPITA" | ) Case No. 25cr10058 |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LUIS JEFFREY SANTANA,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date: 02/13/2025

/s/Paul G. Levenson
*Issuing officer's signature*

City and state: Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| ISRAEL GARCIA VASQUEZ, A/K/A "MENOL", A/K/A "MENOR" | ) Case No. 25cr10058 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ISRAEL GARCIA VASQUEZ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date:  02/13/2025                                            /s/ Paul G. Levenson
                                                                         *Issuing officer's signature*

City and state:   Boston, MA                             Hon. Paul G. Levenson, U.S. Magistrate Judge
                                                                         *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                            _____ |
|                                                                              *Arresting officer's signature* |
|                                                                              _____ |
|                                                                              *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| JAMES JIMENEZ | ) Case No. 25cr10058 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAMES JIMENEZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date: 02/13/2025

/s/Paul G. Levenson
*Issuing officer's signature*

City and state: Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| JANOY BATISTA, A/K/A "EL VIEJO" | ) Case No.  25cr10058 |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JANOY BATISTA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1, Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity (18 U.S.C. § 1962(d))

Date: 02/13/2025

/s/Paul G. Levenson
*Issuing officer's signature*

City and state: Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*